JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE - State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: jgoodman@gnhllp.com
Email: pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

\*\*\*

DUGAN BARR, ESQ. - State Bar #40663
BRANDON STORMENT, ESQ. - State Bar #267260
BARR & MUDFORD LLP
P.O. Box 994390
Redding, CA 96099
Ttelephone: (530) 243-8008 /
Facsimile: (530) 243-1648
Email: dugan@ca-lawyer.com
Email: brandon@ca-lawyer.com

Attorneys for Plaintiff
DEBRA VAN EPEREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VAN EPEREN,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 20, Inclusive,<br><br>                    Defendants. | Case No. 2:19-cv-00312-WBS-DMC<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE** |

///

IT IS HEREBY STIPULATED by and between plaintiff Debra Van Eperen ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through their attorneys of record, that good cause exists and the parties request that the Court continue the initial scheduling conference presently scheduled for June 24, 2019 for the following reasons:

1. The parties have agreed to suspend discovery (including initial disclosures) until Plaintiff's alleged injuries have stabilized (expected to be in September 2019). At that point, the parties will endeavor to settle the matter informally. If the case does not resolve at that point, the parties will commence discovery.

2. Accordingly, the parties respectfully request that the Court issue an order requiring the parties to submit a Supplemental Joint Rule 26(f) Status Report no later than November 4, 2019.

3. The parties further requests that the Court continue the initial scheduling conference to November 18, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 17, 2019     GOODMAN NEUMAN HAMILTON LLP

By: */s/ Paige Yeh*
PAIGE YEH
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: June 17, 2019     BARR & MUDFORD LLP

By: */s/ Brandon Storment*
BRANDON STORMENT
Attorneys for Plaintiff
DEBRA VAN EPEREN

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

# ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order to continue the initial status conference from June 24, 2019, at 1:30 p.m. to **November 25, 2019 at 1:30 p.m.** A joint status report shall be filed no later than **November 12, 2019**.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE