1  JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
   PAIGE P. YEH, ESQUIRE - State Bar #229197
2  GOODMAN NEUMAN HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone: (415) 705-0400
4  Facsimile: (415) 705-0411
   Email: jgoodman@gnhllp.com
5  Email: pyeh@gnhllp.com

6  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
7
   ***
8
9  DUGAN BARR, ESQ. - State Bar #40663
   BRANDON STORMENT, ESQ. - State Bar #267260
10 BARR & MUDFORD LLP
   P.O. Box 994390
11 Redding, CA 96099
   Ttelephone: (530) 243-8008 /
12 Facsimile: (530) 243-1648
   Email: dugan@ca-lawyer.com
13 Email: brandon@ca-lawyer.com

14 Attorneys for Plaintiff
   DEBRA VAN EPEREN
15
16

17                    UNITED STATES DISTRICT COURT

18                   EASTERN DISTRICT OF CALIFORNIA

19

20 DEBRA VAN EPEREN,                    Case No. 2:19-cv-00312-WBS-DMC

21                        Plaintiff,
                                        **SECOND STIPULATION AND**
22 vs.                                  **REQUEST FOR CONTINUANCE OF**
                                        **INITIAL SCHEDULING**
23 HOME DEPOT U.S.A., INC.; and         **CONFERENCE**
   DOES 1 through 20, Inclusive,
24
                        Defendants.
25

26

27 ///

28

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

IT IS HEREBY STIPULATED by and between plaintiff Debra Van Eperen ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through their attorneys of record, that good cause exists and the parties request that the Court continue the initial scheduling conference presently scheduled for November 25, 2019, to January 13, 2020, for the following reasons:

1.      The parties previously stipulated to suspend discovery (including initial disclosures) until Plaintiff's alleged injuries have stabilized (which was expected to be in September 2019). Pursuant to said stipulation, the Court issued an order (Pacer Document 9) to continue the initial status conference from June 24, 2019, to November 25, 2019.

2.      Recently, Plaintiff's counsel learned that Plaintiff is scheduled to undergo surgery to remove hardware on October 31, 2019.

3.      The parties hereby agree to suspend discovery until two months after Plaintiff's October 31st surgery. At that point, the parties will endeavor to settle the matter informally. If the case does not resolve at that point, the parties will commence discovery.

4.      Accordingly, the parties respectfully request that the Court issue an order requiring the parties to submit a Supplemental Joint Rule 26(f) Status Report no later than December 31, 2019.

4.      The parties further requests that the Court continue the initial scheduling conference to January 13, 2020.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 29, 2019          GOODMAN NEUMAN HAMILTON LLP


By:   _/s/ Paige Yeh_____
    PAIGE YEH
    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

///

///

Goodman
Neuman
Hamilton LLP

417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

DATED:  October 29, 2019               BARR & MUDFORD LLP

                                        By:    /s/ Brandon Storment
                                            BRANDON STORMENT
                                            Attorneys for Plaintiff
                                            DEBRA VAN EPEREN


## ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order to continue the initial status conference from November 25, 2019, at 1:30 p.m. to **February 3, 2020 at 1:30 p.m.** A joint status report shall be filed no later than **January 21, 2020.**


IT IS SO ORDERED.

Dated:  October 29, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10ᵗʰ Floor
San Francisco, CA
94104
Tel.: (415) 705-0400