JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE - State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: jgoodman@gnhllp.com
Email: pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

\*\*\*

DUGAN BARR, ESQ. - State Bar #40663
BRANDON STORMENT, ESQ. - State Bar #267260
BARR & MUDFORD LLP
P.O. Box 994390
Redding, CA 96099
Ttelephone: (530) 243-8008 /
Facsimile: (530) 243-1648
Email: dugan@ca-lawyer.com
Email: brandon@ca-lawyer.com

Attorneys for Plaintiff
DEBRA VAN EPEREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VAN EPEREN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 20, Inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-00312-WBS-DMC<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**Accompanying Documents:**<br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

/ / /

/ / /

/ / /

-1-

[PROPOSED] ORDER MODIFYING SCHEDULING ORDER　　　　　　　　Case No. 2:19-cv-00312-WBS-DMC

The parties jointly request (ECF No. \_\_) to amend dates in Status (Pretrial Scheduling) Order on January 30, 2020 (Pacer Doc. No. 13). Good cause appearing, the Court grants this request as follows:

| Description | Jan. 30, 2019 Order | Proposed Dates |
|---|---|---|
| Expert disclosures | May 29, 2020 | November 20, 2020 |
| Supplemental expert disclosures | July 6, 2020 | January 4, 2021 |
| Discovery cutoff | August 3, 2020 | February 8, 2021 |
| Last day for hearing on discovery motions | August 3, 2020 | February 8, 2021 |
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications | October 2, 2020 | April 2, 2021 |
| Final pretrial conference | November 23, 2020 | May 24, 2021 at 1:30 p.m. |
| Jury trial | January 5, 2020 | July 6, 2021 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: April 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400