JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE - State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: jgoodman@gnhllp.com; pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

\*\*\*

DUGAN BARR, ESQ. - State Bar #40663
BRANDON STORMENT, ESQ. - State Bar #267260
BARR & MUDFORD LLP
P.O. Box 994390
Redding, CA 96099
Telephone: (530) 243-8008 /
Facsimile:  (530) 243-1648
Email: dugan@ca-lawyer.com
Email: brandon@ca-lawyer.com

Attorneys for Plaintiff
DEBRA VAN EPEREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VAN EPEREN,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 20, Inclusive,<br><br>                    Defendants. | Case No. 2:19-cv-00312-WBS-DMC<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Upon consideration of the Joint Stipulation For Dismissal With Prejudice entered into by Plaintiff Debra Van Eperen and Defendant Home Depot U.S.A., Inc., it is hereby ORDERED that:

The above action is dismissed with prejudice.

Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Goodman
Neuman
Hamilton LLP
One Post St.
Ste. 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-2-
ORDER TO DIMISS ACTION WITH PREJUDICE